# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

ANTHONY T. GUILLEN

               **V.**                             **JUDGMENT IN A CIVIL CASE**

MATTHEW CATE

                                      **CASE NUMBER:**    09cv608-JM(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court denies the Objections and adopts the Report and Recommendation in its entirety....................
................................................................................................................................................................
................................................................................................................................................................
................................................................................................................................................................

|  |  |
|---|---|
| August 28, 2009 | W. Samuel Hamrick, Jr. |
| Date | Clerk |

                                                          S/ T. Lee
                                                         (By) Deputy Clerk

                                                         ENTERED ON August 28, 2009